

**U.S. DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

Thomas W. Zach

Case No. 13-CV-850-bbc

V.

Brian Beahm, et' al

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that, THOMAS W. ZACH, plaintiff, intends on appealing the decision and order of Judge Barbara Crabb dated, May 14th, 2014 with the U.S. Court of Appeals.

The plaintiff would also inform the Court that, the plaintiff's financial status has not changed and that the plaintiff is still of 'indigent' status and remains unemployed; as this plaintiff, simply, has no funds of any kind.

The plaintiff also requests immediate consideration and appointment of counsel, for the above (numbered) case, as this plaintiff has no formal training or, any type of formal education in applicable (Federal) law.

This plaintiff swears', that under penalty of perjury, that all statements (herein) are true and accurate to the best of my knowledge.

Dated this 14th day of July 2014

Signed: Thomas W. Zach